**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form NDC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: John Robert Liikala<br>　aka　Robert John Liikala<br>　　　　　Debtor(s) | Case No.: 10–60346 ASW 13<br>Chapter:　13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

　　**Notice is given** the debtor(s) having failed to comply with this court's order filed on October 4, 2010 , it is ordered that this case is hereby **dismissed**.

Dated: 10/19/10　　　　　　　　　　　　By the Court:

　　　　　　　　　　　　　　　　　　　　Arthur S. Weissbrodt
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge